ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/11/2025 11:50 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/11/2025 11:50:20 AM
CHRISTOPHER A. PRINE
Clerk

# WOLFE, TIDWELL & McCOY, LLP

## ATTORNEYS & COUNSELORS

### FRISCO

DALLAS | FRISCO | SHERMAN

2591 DALLAS PARKWAY, SUITE 300
FRISCO, TEXAS 75034
Tel 972.712.3530
Fax 972.712.3540

WRITER'S EMAIL – david.overcash@wtmlaw.net
www.wtmlaw.net

June 11, 2025

**VIA E-FILING**
Fifteenth Court of Appeals
PO Box 12852
Austin, Texas 78711

Re:  Court of Appeals Number:  15-25-00086-CV
     Trial Court Case Number:  D-1-GN-23-007785

Dear Sir/Madam:

I represent the City of Anna, Texas and would like to receive a copy of the clerk's record that has been filed.

Please do not hesitate to contact me should you have any questions.

Sincerely,

David V. Overcash
Assistant City Attorney